UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS WARD,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JOSEPH STRATTON,<br><br>　　　　Defendant. | No.  2:20-cv-2083 DB P<br><br><br>ORDER |

　　　　Plaintiff is a state prisoner proceeding with a civil rights action under 42 U.S.C. § 1983. Before the court is defendant's request for a stay of these proceedings.  (ECF No. 21.) Defendant's counsel states that defendant is in the process of retaining new counsel.  This court finds good cause for a stay.  However, this court expects defendant to resolve the question of his representation in a timely manner.

　　　　Accordingly, and good cause appearing, IT IS HEREBY ORDERED that:

　　　　1. Defendant's request for a stay of these proceedings (ECF No. 21) is granted.  This case will be stayed for 30 days from the filed date of this order to permit defendant to retain new counsel.

　　　　2. The settlement conference set for August 9, 2021 before Magistrate Judge Delaney is vacated.

　　　　3. The writ of habeas corpus ad testificandum issued on June 30, 2021 is vacated.

1

4. The Clerk of the Court is directed to serve a copy of this order on the warden of Salinas Valley State Prison.

DATED: July 27, 2021

                                                /s/  DEBORAH BARNES
                                                UNITED STATES MAGISTRATE JUDGE

DLB:9
DB Prisoner Inbox/Civil Rights/R/ward2083.stay&vacate ADR