Janine K. Jeffery, Esq. CBN 112639
 Jjeffery@reilyjeffery.com
REILY & JEFFERY, INC.
5850 Canoga Avenue, Suite 400
Woodland Hills, California 91367
Telephone: (818) 350-6282
Fax No.: (818) 350-6283

Attorneys for Defendant, Joseph Stratton

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| MARCUS WARD, | CASE NO. 2:20-cv-2083 DB P |
| Plaintiff, | ORDER GRANTING SUBSTITUTION OF ATTORNEY |
| vs. | |
| JOSEPH STRATTON, | |
| Defendant. | |

Good cause having been shown, this court hereby approves the substitution of attorney filed by Joseph Stratton substituting Janine K. Jeffery of Reily & Jeffery, Inc., in place and instead of .Jean M. Trenbeath.

IT IS SO ORDERED.

Dated: September 2, 2021

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9/DB prisoner inbox/civil rights/R/ward2083.def atty sub