Janine K. Jeffery, Esq. CBN 112639
 Jjeffery@reilyjeffery.com
REILY & JEFFERY, INC.
5850 Canoga Avenue, Suite 400
Woodland Hills, California 91367
Telephone:  (818) 350-6282
Fax No.:  (818) 350-6283

Attorneys for Defendant, Joseph Stratton

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| MARCUS WARD, | No. 2:20-cv-2083 DB P |
| Plaintiff, | ORDER GRANTING REQUEST FOR LEAVE TO TAKE DEPOSITION OF PERSON CONFINED IN PRISON AND TO HAVE THE OPTION OF DOING SO BY REMOTE MEANS |
| vs. | |
| JOSEPH STRATTON, | |
| Defendant. | Hon. Deborah Barnes<br>United States Magistrate Judge |

This court has read and considered defendant's Request for Leave to Take Deposition of Person Confined in Prison.  This court finds good cause for defendant's request.  See Fed. R. Civ. Proc. 30(a)(2)(B)) and 30(b)(4).

IT IS THEREFORE ORDERED that defendant may take plaintiff's deposition while he is incarcerated in prison in regard to this action and to have the option of doing so by remote means.

Dated:  October 25, 2021

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9/DB/prisoner inbox/civil rights/ward2083.depo