1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    MARCUS WARD,                          No.  2:20-cv-2083 DB P

12              Plaintiff,

13         v.                               ORDER

14    JOSEPH STRATTON,

15              Defendant.

16

17         Plaintiff is a state prisoner proceeding with a civil rights action under 42 U.S.C. § 1983.

18    Defendant moves to continue the settlement conference currently scheduled for December 6,

19    2021.

20         Good cause appearing, IT IS HEREBY ORDERED that:

21         1.  Defendant's motion to continue the settlement conference (ECF No. 29) is granted.

22    The settlement conference scheduled for December 6, 2021 before Magistrate Judge Delaney is

23    vacated.

24         2.  The writ of habeas corpus ad testificandum issued October 27, 2021 is vacated.

25    ////

26    ////

27    ////

28    ////

                                              1

1        3. The parties will be informed in a future order of the new date for the settlement

2   conference.

3   Dated: November 30, 2021

4

5   _____

6   DEBORAH BARNES
    UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22   DLB:9
     DB Prisoner Inbox/Civil Rights/R/ward2083.ADR eot

23

24

25

26

27

28